IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00106-PAB

HECTOR PORTILLO MARTINEZ,

    Petitioner-Petitioner,

v.

JUAN BALTAZAR, Warden of the Denver Contract Detention Facility, Aurora, Colorado, in his official capacity,
ROBERT HAGAN, Field Office Director, Denver Field Office, U.S. Immigration and Customs Enforcement, in his official capacity,
KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity,
TODD LYONS, Acting Director of Immigration and Customs Enforcement, in his official capacity, and
PAM BONDI, Attorney General, U.S. Department of Justice, in her official capacity,

    Defendants-Respondents.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on Plaintiff's Emergency Motion for Immediate Release, Renewing Motion for Temporary Restraining Order and/or Preliminary Injunction [Docket No. 15].  On January 26, 2026, the Court ordered that defendants-respondents provide petitioner-plaintiff with a bond hearing within seven days of the Court's order.  Docket No. 14 at 11.  In his motion for a temporary retraining order, petitioner-plaintiff states that the bond hearing was conducted on February 2, 2026, wherein the immigration judge ordered his release on payment of a $10,000 bond.  Docket No. 15 at 2.  However, petitioner-plaintiff states that Immigration and Customs Enforcement ("ICE") is refusing to accept payment of the bond.  *Id.*  Thus, through Docket No. 15, petitioner-plaintiff seeks his immediate release.  *Id.* at 4.  The Court set a temporary restraining order hearing on February 10, 2026.  Docket No. 16.

    On February 9, 2026, the parties filed a joint status report, which indicates that, on February 6, 2026, ICE accepted payment of the bond and released plaintiff-petitioner from custody.  Docket No. 17 at 2.  ICE placed conditions on plaintiff-petitioner's release, including issuing him an ankle monitor and mandating an in-person reporting requirement.  *Id.*  Defendants-respondents argue that plaintiff-petitioner's release on

bond has mooted the motion for a temporary restraining order.  *Id.*  Plaintiff-petitioner disagrees.  *Id.*

Because the motion for a temporary restraining order requests plaintiff-petitioner's immediate release, the Court finds that it is mooted by plaintiff-petitioner's release from ICE custody.  It is therefore

**ORDERED** that the February 10, 2026 temporary restraining order hearing is **VACATED**.  It is further

**ORDERED** that to Plaintiff's Emergency Motion for Immediate Release, Renewing Motion for Temporary Restraining Order and/or Preliminary Injunction [Docket No. 15] is **DENIED as moot**.

DATED February 9, 2026.